UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHEYNA DOUPREA,

    Petitioner,

v.

DEBORAH K. JOHNSON, Warden,

    Respondent.

Case No. 13-cv-05743-JST (PR)

**ORDER OF DISMISSAL**

On December 11, 2013, petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day the action was filed, petitioner was ordered to file a complete application to proceed in forma pauperis ("IFP"), or pay the filing fee of $5.00, within 28 days, or face dismissal of the action.

More than 28 days have passed and petitioner has not filed a complete IFP application or paid the filing fee. Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 19, 2014

_____
JON S. TIGAR
United States District Judge